# EXHIBIT B

Projections

(See Attached)

# Airadigm Communications, Inc. - Income Statement Assumptions
*All amounts in $000s*

| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Projected as of June 30, | | | | | | |
| **SUBSCRIBER FORECAST** | | | | | | | | | | | |
| Airadigm Disconnect rate | 74.1% | 68.8% | 66.0% | 63.0% | 63.0% | 63.0% | 63.0% | 63.0% | 63.0% | 63.0% | 63.0% |
| Beginning Period Subscribers [1] | 27,074 | 22,816 | 29,116 | 35,400 | 36,468 | 37,433 | 38,294 | 39,125 | 39,897 | 40,639 | 41,395 |
| + Gross Adds | 15,797 | 22,000 | 25,500 | 23,370 | 23,940 | 24,444 | 24,956 | 25,421 | 25,877 | 26,359 | 26,849 |
| - Disconnects | 20,055 | 15,700 | 19,217 | 22,302 | 22,975 | 23,583 | 24,125 | 24,649 | 25,135 | 25,603 | 26,079 |
| Net Adds | (4,258) | 6,300 | 6,283 | 1,069 | 965 | 861 | 831 | 772 | 742 | 756 | 770 |
| End Period Subscribers | 22,816 | 29,116 | 35,400 | 36,468 | 37,433 | 38,294 | 39,125 | 39,897 | 40,639 | 41,395 | 42,165 |
| -- Growth | (17.6%) | 27.6% | 21.6% | 3.0% | 2.6% | 2.3% | 2.2% | 2.0% | 1.9% | 1.9% | 1.9% |
| Average Subscribers | 25,261 | 25,966 | 32,258 | 35,934 | 36,951 | 37,863 | 38,709 | 39,511 | 40,268 | 41,017 | 41,780 |
| Active Subscribers | 20,266 | 23,370 | 29,032 | 32,341 | 33,256 | 34,077 | 34,839 | 35,560 | 36,241 | 36,915 | 37,602 |
| *Active Subscribers / Total Subscribers* | *80.2%* | *90.0%* | *90.0%* | *90.0%* | *90.0%* | *90.0%* | *90.0%* | *90.0%* | *90.0%* | *90.0%* | *90.0%* |
| **REVENUE FORECAST** | | | | | | | | | | | |
| Average Service Revenues per Sub per mo (Sub. Serv Revenue per Avg. Subcriber) | $38.10 | $38.03 | $37.94 | $37.83 | $37.64 | $37.38 | $37.11 | $36.83 | $36.51 | $36.19 | $35.88 |
| -- Growth Rate | 2.1% | (0.2%) | (0.2%) | (0.3%) | (0.5%) | (0.7%) | (0.7%) | (0.8%) | (0.9%) | (0.9%) | (0.9%) |
| Other revenues per Avg. subscriber per mo | $0.46 | $0.46 | $0.46 | $0.46 | $0.46 | $0.46 | $0.46 | $0.46 | $0.46 | $0.46 | $0.46 |
| -- Growth Rate | (28.1%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Roaming Revenue Growth | 5.8% | 5.2% | 2.9% | 1.7% | 1.4% | 1.4% | 1.4% | 1.4% | 1.4% | 1.4% | 1.4% |
| Equipment Sales per Gross Add | $70.49 | $72.61 | $74.79 | $77.03 | $79.34 | $81.72 | $84.17 | $86.70 | $89.30 | $91.98 | $94.74 |
| -- Growth Rate | 20.9% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| Service Revenue Growth | (0.4%) | 9.7% | 10.9% | 5.6% | 1.8% | 1.6% | 1.4% | 1.3% | 1.2% | 1.2% | 1.2% |
| Total Revenue Growth | (1.0%) | 11.1% | 11.4% | 5.0% | 2.0% | 1.8% | 1.6% | 1.5% | 1.4% | 1.4% | 1.4% |
| **EXPENSE FORECAST** | | | | | | | | | | | |
| Equipment Cost / Equipment Revenue | 2.0x | 2.0x | 2.0x | 2.0x | 2.0x | 2.0x | 2.0x | 2.0x | 2.0x | 2.0x | 2.0x |
| Cost of Equipment per gross add | $140.60 | $144.82 | $149.17 | $153.64 | $158.25 | $163.00 | $167.89 | $172.92 | $178.11 | $183.45 | $188.96 |
| Equipment Subsidy per Gross Add | $70.11 | $72.21 | $74.38 | $76.61 | $78.91 | $81.27 | $83.71 | $86.22 | $88.81 | $91.47 | $94.22 |
| Service COGS / Service Revenue | 19.0% | 17.5% | 17.5% | 17.5% | 17.5% | 17.5% | 17.5% | 17.5% | 17.5% | 17.5% | 17.5% |
| Sales & Marketing Exp per gross add | $86.36 | $131.82 | $120.00 | $110.00 | $110.00 | $110.00 | $110.00 | $110.00 | $110.00 | $110.00 | $110.00 |
| Sales & Marketing Exp / Prepaid & Postpaid Rev. | 14.7% | 27.2% | 23.2% | 17.5% | 17.5% | 17.6% | 17.7% | 17.8% | 17.9% | 18.1% | 18.2% |
| General & Admin Exp Growth Rate | 2.2% | *4.8%* | *8.1%* | *5.6%* | *1.8%* | *1.6%* | *1.4%* | *1.3%* | *1.2%* | *1.2%* | *1.2%* |
| General & Admin Exp / Service Rev | 41.9% | 40.0% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% |

1. Airadigm made a one time 632 subscriber decrease at the beginning of FY2006 for non-revenue producing phone numbers.

# Airadigm Communications, Inc. - Balance Sheet Assumptions
*All amounts in $000s*

| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Projected as of June 30, | | | | | | |
| **WORKING CAPITAL INVESTMENT FORECAST** | | | | | | | | | | | |
| Accounts Receivable Days (of Serv Revs) | 52.2 | 52.2 | 52.2 | 52.2 | 52.2 | 52.2 | 52.2 | 52.2 | 52.2 | 52.2 | 52.2 |
| Inventory Turnover (Equipment COGS/Inventory) | 9.7 x | 9.7 x | 9.7 x | 9.7 x | 9.7 x | 9.7 x | 9.7 x | 9.7 x | 9.7 x | 9.7 x | 9.7 x |
| Prepaids & Other (as % of Total Revs) | 3.1% | 3.1% | 3.1% | 3.1% | 3.1% | 3.1% | 3.1% | 3.1% | 3.1% | 3.1% | 3.1% |
| Accounts Payable (days Op Expense) | 49.9 | 49.9 | 49.9 | 49.9 | 49.9 | 49.9 | 49.9 | 49.9 | 49.9 | 49.9 | 49.9 |
| Accrued Expense (% Op Expense) | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| Other Current Liabs (as % Total Revs) | 2.3% | 2.3% | 2.3% | 2.3% | 2.3% | 2.3% | 2.3% | 2.3% | 2.3% | 2.3% | 2.3% |
| **WORKING CAPITAL FORECAST** | | | | | | | | | | | |
| Accounts Receivable | 3,659 | 4,015 | 4,451 | 4,702 | 4,786 | 4,861 | 4,930 | 4,997 | 5,058 | 5,118 | 5,180 |
| Inventory | 228 | 327 | 391 | 369 | 389 | 410 | 431 | 452 | 474 | 497 | 521 |
| Prepaid Expenses & Other Current Assets | 825 | 916 | 1,021 | 1,072 | 1,093 | 1,112 | 1,131 | 1,148 | 1,165 | 1,181 | 1,198 |
| Accounts Payable | 1,653 | 1,933 | 2,079 | 2,106 | 2,146 | 2,181 | 2,215 | 2,246 | 2,276 | 2,306 | 2,336 |
| Accrued Expenses | 240 | 280 | 301 | 305 | 311 | 316 | 321 | 326 | 330 | 334 | 339 |
| Other Current Liabilities | 618 | 687 | 765 | 804 | 820 | 834 | 848 | 861 | 874 | 886 | 899 |
| **FIXED CAPITAL INVESTMENT FORECAST** | | | | | | | | | | | |
| Capital Expenditures | 3,144 | 3,500 | 3,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| -- Growth | (54.7%) | 11.3% | 0.0% | (28.6%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| -- % of service revenues | 12.3% | 12.5% | 11.2% | 7.6% | 7.5% | 7.4% | 7.2% | 7.2% | 7.1% | 7.0% | 6.9% |
| Depreciation | 4,174 | 3,961 | 3,883 | 3,818 | 3,594 | 3,408 | 3,253 | 2,758 | 2,538 | 2,352 | 2,371 |
| -- Depr./Prior yr. NFA | 17.0% | 17.0% | 17.0% | 17.0% | 17.0% | 17.0% | 17.0% | 15.0% | 14.0% | 13.0% | 13.0% |
| Cap Ex / Depr. Exp | 0.8 x | 0.9 x | 0.9 x | 0.7 x | 0.7 x | 0.7 x | 0.8 x | 0.9 x | 1.0 x | 1.1 x | 1.1 x |
| Amortization | 2,085 | 1,733 | 1,733 | 1,733 | 1,733 | 1,733 | 1,733 | 1,733 | 1,733 | 1,733 | 1,733 |
| Net Fixed Assets - Ending Bal. | 23,300 | 22,839 | 22,456 | 21,139 | 20,045 | 19,137 | 18,384 | 18,126 | 18,089 | 18,237 | 18,366 |

# Airadigm Communications, Inc. - Income Statement
*All amounts in $000s*

| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Projected as of June 30, | | | | | | |
| **Revenues** | | | | | | | | | | | |
| Prepaid & Postpaid | 9,266 | 10,665 | 13,217 | 14,679 | 15,019 | 15,285 | 15,515 | 15,715 | 15,878 | 16,033 | 16,190 |
| Roaming Revenues | 16,212 | 17,055 | 17,555 | 17,847 | 18,098 | 18,353 | 18,611 | 18,873 | 19,139 | 19,408 | 19,681 |
| Wholesale Revenues | 118 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 |
| Service Revenues | 25,596 | 28,080 | 31,132 | 32,887 | 33,478 | 33,998 | 34,486 | 34,948 | 35,376 | 35,801 | 36,231 |
| Equipment Revenues | 1,114 | 1,597 | 1,907 | 1,800 | 1,899 | 1,998 | 2,101 | 2,204 | 2,311 | 2,424 | 2,544 |
| Other Revenue | 112 | 129 | 160 | 178 | 183 | 188 | 192 | 196 | 200 | 204 | 207 |
| **Total Revenues** | 26,821 | 29,806 | 33,199 | 34,865 | 35,560 | 36,183 | 36,779 | 37,348 | 37,887 | 38,429 | 38,982 |
| *Total Revenue Growth* | *(1.0%)* | *11.1%* | *11.4%* | *5.0%* | *2.0%* | *1.8%* | *1.6%* | *1.5%* | *1.4%* | *1.4%* | *1.4%* |
| **Costs of Goods Sold** | | | | | | | | | | | |
| System Operations | 4,870 | 4,914 | 5,448 | 5,755 | 5,859 | 5,950 | 6,035 | 6,116 | 6,191 | 6,265 | 6,340 |
| Cost of Equipment Sold | 2,221 | 3,186 | 3,804 | 3,591 | 3,788 | 3,984 | 4,190 | 4,396 | 4,609 | 4,836 | 5,073 |
| **Total Costs of Goods Sold** | 7,091 | 8,100 | 9,252 | 9,346 | 9,647 | 9,934 | 10,225 | 10,512 | 10,800 | 11,101 | 11,414 |
| **Gross Profit** | 19,730 | 21,706 | 23,947 | 25,520 | 25,913 | 26,249 | 26,554 | 26,836 | 27,087 | 27,328 | 27,568 |
| *Gross Margin* | *73.6%* | *72.8%* | *72.1%* | *73.2%* | *72.9%* | *72.5%* | *72.2%* | *71.9%* | *71.5%* | *71.1%* | *70.7%* |
| **Operating Expenses** | | | | | | | | | | | |
| Sales & Marketing | 1,364 | 2,900 | 3,060 | 2,571 | 2,633 | 2,689 | 2,745 | 2,796 | 2,846 | 2,899 | 2,953 |
| General & Administrative | 10,720 | 11,232 | 12,141 | 12,826 | 13,056 | 13,259 | 13,450 | 13,630 | 13,797 | 13,962 | 14,130 |
| **Total Operating Expenses** | 12,084 | 14,132 | 15,201 | 15,397 | 15,690 | 15,948 | 16,195 | 16,426 | 16,643 | 16,862 | 17,083 |
| **EBITDA** | 7,645 | 7,574 | 8,746 | 10,123 | 10,224 | 10,301 | 10,359 | 10,410 | 10,444 | 10,466 | 10,485 |
| *EBITDA Margin (% Total Revenues)* | *28.5%* | *25.4%* | *26.3%* | *29.0%* | *28.8%* | *28.5%* | *28.2%* | *27.9%* | *27.6%* | *27.2%* | *26.9%* |
| *EBITDA Growth* | *10.1%* | *(0.9%)* | *15.5%* | *15.7%* | *1.0%* | *0.8%* | *0.6%* | *0.5%* | *0.3%* | *0.2%* | *0.2%* |
| **Depreciation & Amortization** | | | | | | | | | | | |
| Depreciation | 4,174 | 3,961 | 3,883 | 3,818 | 3,594 | 3,408 | 3,253 | 2,758 | 2,538 | 2,352 | 2,371 |
| Amortization | 2,085 | 1,733 | 1,733 | 1,733 | 1,733 | 1,733 | 1,733 | 1,733 | 1,733 | 1,733 | 1,733 |
| **Total Depreciation & Amortization** | 6,259 | 5,694 | 5,616 | 5,551 | 5,327 | 5,141 | 4,987 | 4,491 | 4,271 | 4,085 | 4,104 |
| **EBIT** | 1,386 | 1,880 | 3,130 | 4,572 | 4,897 | 5,160 | 5,372 | 5,919 | 6,173 | 6,381 | 6,381 |
| *EBIT Margin (% Total Revenues)* | *5.2%* | *6.3%* | *9.4%* | *13.1%* | *13.8%* | *14.3%* | *14.6%* | *15.8%* | *16.3%* | *16.6%* | *16.4%* |
| *EBIT Growth* | *142.8%* | *35.6%* | *66.5%* | *46.1%* | *7.1%* | *5.4%* | *4.1%* | *10.2%* | *4.3%* | *3.4%* | *(0.0%)* |
| Interest (Expense) | (9,248) | (4,500) | (4,325) | (4,150) | (3,819) | (3,356) | (2,894) | (2,431) | (1,969) | (1,506) | (769) |
| Interest Income | 302 | 522 | 474 | 513 | 538 | 511 | 497 | 491 | 493 | 506 | 397 |
| Other Income / (Expense) | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| **Pretax Income** | (7,160) | (1,698) | (322) | 1,335 | 2,016 | 2,715 | 3,375 | 4,379 | 5,097 | 5,781 | 6,409 |
| Pro forma Taxes | - | - | - | 534 | 806 | 1,086 | 1,350 | 1,752 | 2,039 | 2,313 | 2,564 |
| **Net Income** | (7,160) | (1,698) | (322) | 801 | 1,210 | 1,629 | 2,025 | 2,627 | 3,058 | 3,469 | 3,845 |

# Airadigm Communications, Inc. - Balance Sheet

*All amounts in $000s*

| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Projected as of June 30, | | | | | | | |
| **Current Assets** | | | | | | | | | | | |
| Cash | 11,383 | 9,505 | 9,441 | 11,082 | 10,429 | 10,015 | 9,845 | 9,783 | 9,934 | 10,309 | 5,578 |
| Total Accounts Receivable | 2,901 | 4,015 | 4,451 | 4,702 | 4,786 | 4,861 | 4,930 | 4,997 | 5,058 | 5,118 | 5,180 |
| Inventory | 358 | 327 | 391 | 369 | 389 | 410 | 431 | 452 | 474 | 497 | 521 |
| Prepaid Expenses | 565 | 916 | 1,021 | 1,072 | 1,093 | 1,112 | 1,131 | 1,148 | 1,165 | 1,181 | 1,198 |
| Total Current Assets | 15,208 | 14,764 | 15,304 | 17,225 | 16,698 | 16,398 | 16,337 | 16,380 | 16,630 | 17,106 | 12,478 |
| Net Fixed Assets | 23,300 | 22,839 | 22,456 | 21,139 | 20,045 | 19,137 | 18,384 | 18,126 | 18,089 | 18,237 | 18,366 |
| **Other Assets** | | | | | | | | | | | |
| Corporation Organization Costs | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |
| FCC License - C Block | 26,000 | 26,000 | 26,000 | 26,000 | 26,000 | 26,000 | 26,000 | 26,000 | 26,000 | 26,000 | 26,000 |
| FCC License - F Block | - | - | - | - | - | - | - | - | - | - | - |
| Spectrum Relocation | 254 | 254 | 254 | 254 | 254 | 254 | 254 | 254 | 254 | 254 | 254 |
| Deposits | 74 | 74 | 74 | 74 | 74 | 74 | 74 | 74 | 74 | 74 | 74 |
| Less: Accumulated Amortization | - | (1,733) | (3,467) | (5,200) | (6,933) | (8,667) | (10,400) | (12,133) | (13,867) | (15,600) | (17,333) |
| Net Other Assets | 26,346 | 24,613 | 22,879 | 21,146 | 19,413 | 17,679 | 15,946 | 14,213 | 12,479 | 10,746 | 9,013 |
| **Total Assets** | 64,853 | 62,215 | 60,639 | 59,509 | 56,156 | 53,215 | 50,667 | 48,719 | 47,198 | 46,089 | 39,857 |
| **Liabilities And Stockholders' Equity** | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | |
| Total Accounts Payable | 1,200 | 1,933 | 2,079 | 2,106 | 2,146 | 2,181 | 2,215 | 2,246 | 2,276 | 2,306 | 2,336 |
| Total Accrued Expenses | 134 | 280 | 301 | 305 | 311 | 316 | 321 | 326 | 330 | 334 | 339 |
| WI & IA Sales-Fed Tax Payable | 67 | 67 | 67 | 67 | 67 | 67 | 67 | 67 | 67 | 67 | 67 |
| Other Current Liabilities | 507 | 687 | 765 | 804 | 820 | 834 | 848 | 861 | 874 | 886 | 899 |
| Accrued Interest | - | - | - | - | - | - | - | - | - | - | - |
| Total Current Liabilities | 1,908 | 2,967 | 3,213 | 3,282 | 3,344 | 3,399 | 3,451 | 3,500 | 3,547 | 3,594 | 3,641 |
| **LONG TERM LIABILITIES** | | | | | | | | | | | |
| Revolving Credit Facilities | - | - | - | - | - | - | - | - | - | - | - |
| Notes Payable - TDS (including current portion) | 21,000 | 21,000 | 21,000 | 21,000 | 18,375 | 15,750 | 13,125 | 10,500 | 7,875 | 5,250 | 2,625 |
| Notes Payable - FCC C Block | 25,000 | 23,000 | 21,500 | 19,500 | 17,500 | 15,500 | 13,500 | 11,500 | 9,500 | 7,500 | 0 |
| Notes Payable - FCC F Block | - | - | - | - | - | - | - | - | - | - | - |
| Deferred Revenue - Spectrum Re | 117 | 117 | 117 | 117 | 117 | 117 | 117 | 117 | 117 | 117 | 117 |
| Total Long Term Liabilities | 46,117 | 44,117 | 42,617 | 40,617 | 35,992 | 31,367 | 26,742 | 22,117 | 17,492 | 12,867 | 2,742 |
| **Total Liabilities** | 48,025 | 47,085 | 45,830 | 43,899 | 39,336 | 34,766 | 30,193 | 25,618 | 21,039 | 16,461 | 6,383 |
| **Stockholders' Equity** | | | | | | | | | | | |
| Common Stock | | | | | | | | | | | |
| Paid-In-Capital | 10,011 | 10,011 | 10,011 | 10,011 | 10,011 | 10,011 | 10,011 | 10,011 | 10,011 | 10,011 | 10,011 |
| Retained Earnings | 6,817 | 5,120 | 4,798 | 5,599 | 6,809 | 8,438 | 10,463 | 13,090 | 16,148 | 19,617 | 23,463 |
| Total Stockholders' Equity | 16,828 | 15,131 | 14,809 | 15,610 | 16,820 | 18,449 | 20,474 | 23,101 | 26,159 | 29,628 | 33,474 |
| Total Liabilities & Stockholders' Equity | 64,853 | 62,215 | 60,639 | 59,509 | 56,156 | 53,215 | 50,667 | 48,719 | 47,198 | 46,089 | 39,857 |
| Working Capital | 1,917 | 2,291 | 2,649 | 2,861 | 2,925 | 2,984 | 3,041 | 3,096 | 3,149 | 3,203 | 3,259 |

# Airadigm Communications, Inc. - Statement of Cash Flows
*All amounts in $000s*

| | | | | | Projected as of June 30, | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
| **Operating Activities** | | | | | | | | | | |
| Net Income | (1,698) | (322) | 801 | 1,210 | 1,629 | 2,025 | 2,627 | 3,058 | 3,469 | 3,845 |
| Depreciation | 3,961 | 3,883 | 3,818 | 3,594 | 3,408 | 3,253 | 2,758 | 2,538 | 2,352 | 2,371 |
| Amortization | 1,733 | 1,733 | 1,733 | 1,733 | 1,733 | 1,733 | 1,733 | 1,733 | 1,733 | 1,733 |
| Working Capital (Increase) / Decrease | (374) | (358) | (211) | (64) | (59) | (57) | (55) | (53) | (54) | (55) |
| Cash Flow from Operating Activities | 3,622 | 4,936 | 6,141 | 6,472 | 6,711 | 6,955 | 7,063 | 7,276 | 7,500 | 7,894 |
| **Investing Activities** | | | | | | | | | | |
| Capital Expenditures | (3,500) | (3,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) |
| Asset Sales | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cash Flow From Investing Activities | (3,500) | (3,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) |
| **Cash Flow Available for Financing Activities** | 122 | 1,436 | 3,641 | 3,972 | 4,211 | 4,455 | 4,563 | 4,776 | 5,000 | 5,394 |
| **Financing Activities** | | | | | | | | | | |
| Proceeds from / (Repayment of) Revolver | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Proceeds from / (Repayment of) Long Term Debt | (2,000) | (1,500) | (2,000) | (4,625) | (4,625) | (4,625) | (4,625) | (4,625) | (4,625) | (10,125) |
| Cash Flow From Financing Activities | (2,000) | (1,500) | (2,000) | (4,625) | (4,625) | (4,625) | (4,625) | (4,625) | (4,625) | (10,125) |
| Net Change in Cash | (1,878) | (64) | 1,641 | (653) | (414) | (170) | (62) | 151 | 375 | (4,731) |
| Beginning Cash Balance | 11,383 | 9,505 | 9,441 | 11,082 | 10,429 | 10,015 | 9,845 | 9,783 | 9,934 | 10,309 |
| Ending Cash Balance | 9,505 | 9,441 | 11,082 | 10,429 | 10,015 | 9,845 | 9,783 | 9,934 | 10,309 | 5,578 |

# Airadigm Communications, Inc. - Debt and Interest
*All amounts in $000s*

| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Projected as of June 30, | | | | | | |
| Cash Flow Available for Financing Activities | | 122 | 1,436 | 3,641 | 3,972 | 4,211 | 4,455 | 4,563 | 4,776 | 5,000 | 5,394 |
| Plus Beginning Cash Balance | | 11,383 | 9,505 | 9,441 | 11,082 | 10,429 | 10,015 | 9,845 | 9,783 | 9,934 | 10,309 |
| Less Minimum Cash Balance | | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) |
| Cash Available for Debt Repayment | | 6,505 | 5,941 | 8,082 | 10,054 | 9,640 | 9,470 | 9,408 | 9,559 | 9,934 | 10,703 |
| **Long-Term Debt Balances** | | | | | | | | | | | |
| Notes Payable - TDS (including current portion) | 21,000 | 21,000 | 21,000 | 21,000 | 18,375 | 15,750 | 13,125 | 10,500 | 7,875 | 5,250 | 2,625 |
| Notes Payable - FCC C Block | 25,000 | 23,000 | 21,500 | 19,500 | 17,500 | 15,500 | 13,500 | 11,500 | 9,500 | 7,500 | 0 |
| Total Long Term Debt | | 44,000 | 42,500 | 40,500 | 35,875 | 31,250 | 26,625 | 22,000 | 17,375 | 12,750 | 2,625 |
| **Long-Term Debt (Repayments) / Borrowings** | | | | | | | | | | | |
| Notes Payable - TDS (including current portion) | | 0 | 0 | 0 | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) |
| Notes Payable - FCC C Block | | (2,000) | (1,500) | (2,000) | (2,000) | (2,000) | (2,000) | (2,000) | (2,000) | (2,000) | (7,500) |
| Total Long-Term Debt (Repayments) / Borrowings | | (2,000) | (1,500) | (2,000) | (4,625) | (4,625) | (4,625) | (4,625) | (4,625) | (4,625) | (10,125) |
| Cash Available for Revolving Credit Facilities | | 4,505 | 4,441 | 6,082 | 5,429 | 5,015 | 4,845 | 4,783 | 4,934 | 5,309 | 578 |
| **Revolving Credit Facilities** | | | | | | | | | | | |
| Beginning balance | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Discretionary (Paydown) / Borrowing | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending Balance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Cash-Pay Interest Rates** | | | | | | | | | | | |
| Notes Payable - TDS (including current portion) | | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% |
| Notes Payable - FCC C Block | | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% |
| Revolving Credit Facilities | | 9.0% | 9.0% | 9.0% | 9.0% | 9.0% | 9.0% | 9.0% | 9.0% | 9.0% | 9.0% |
| **Cash-Pay Interest Expense** | | | | | | | | | | | |
| Notes Payable - TDS (including current portion) | | 2,100 | 2,100 | 2,100 | 1,969 | 1,706 | 1,444 | 1,181 | 919 | 656 | 394 |
| Notes Payable - FCC C Block | | 2,400 | 2,225 | 2,050 | 1,850 | 1,650 | 1,450 | 1,250 | 1,050 | 850 | 375 |
| Revolving Credit Facilities | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Cash Interest Expense | | 4,500 | 4,325 | 4,150 | 3,819 | 3,356 | 2,894 | 2,431 | 1,969 | 1,506 | 769 |
| **Interest Income** | | | | | | | | | | | |
| Average Cash Balance | | 10,444 | 9,473 | 10,262 | 10,756 | 10,222 | 9,930 | 9,814 | 9,859 | 10,121 | 7,943 |
| Interest Rate on Cash Balance | | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Interest (Income) | | 522 | 474 | 513 | 538 | 511 | 497 | 491 | 493 | 506 | 397 |
| **Leverage and Coverage Ratios** | | | | | | | | | | | |
| Total Debt / EBITDA | | 5.8x | 4.9x | 4.0x | 3.5x | 3.0x | 2.6x | 2.1x | 1.7x | 1.2x | 0.3x |
| Net Debt / EBITDA | | 4.6x | 3.8x | 2.9x | 2.5x | 2.1x | 1.6x | 1.2x | 0.7x | 0.2x | -0.3x |
| EBITDA / Cash Interest | | 1.7x | 2.0x | 2.4x | 2.7x | 3.1x | 3.6x | 4.3x | 5.3x | 6.9x | 13.6x |